```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

Armondo Lisasuain

   v.                                    Civil No. 12-cv-224-PB

Hillsborough County
Department of Corrections[1]


**O R D E R**

    Armondo Lisasuain, an inmate in the custody of the Hillsborough County Department of Corrections ("HCDC"), files this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights during his incarceration.[2]  The matter is before the court for preliminary review pursuant to 28 U.S.C. § 1915A(a); United States District Court District of New Hampshire Local Rule ("LR") 4.3(d)(2).

---

    [1]Lisasuain does not identify individual defendants in the caption of his complaint.  The narrative of the complaint, however, makes clear that Lisasuain has intended to sue the following Hillsborough County Department of Corrections officials in this action: Corrections Officer ("C.O.") McCann (first name unknown ("FNU")); Deputy Chief of Security FNU Martineau; C.O. FNU Vista; and C.O. FNU Goulding.

    [2]Lisasuain titled his initial filing "Motion for Relief" (doc. no. 1), which was docketed as the complaint in this matter.  Lisasuain's subsequent addenda to that filing (doc. nos. 4 and 7) have been construed as addenda to the complaint. The three documents will be construed, in the aggregate, as the complaint in this matter for all purposes.

**Service**

As fully explained in a report and recommendation issued simultaneously with this order, the court finds that Lisasuain has sufficiently stated an endangerment claim against HCDC Corrections Officer Goulding to allow that claim to proceed at this time. The court directs therefore that the complaint be served on Goulding.

The Clerk's office is directed to complete a summons form for Corrections Officer FNU Goulding at the address of the HCDC, and then to issue the summons and forward to the U.S. Marshal's office the summons; copies of the complaint (doc. nos. 1, 4 and 7); the report and recommendation issued this date; and this order. Upon receipt of the documentation, the U.S. Marshal's office shall serve defendant Goulding. See Fed. R. Civ. P. 4(c)(3) and 4(e).

Defendant is instructed to answer or otherwise plead within twenty-one days of service. See Fed. R. Civ. P. 12(a)(1)(A).

Lisasuain is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on

defendant by delivering or mailing the materials to him or his attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

_____
Landya McCafferty
United States Magistrate Judge

November 16, 2012

cc:   Armondo Lisasuain, pro se

LBM:jba