```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Armando Lisasuain

    v.                                    Civil No. 12-cv-224-PB

Justin Goulding,
Corrections Officer


### O R D E R

On January 30, 2013, a preliminary pretrial conference was held in this case.  Plaintiff appeared on his own behalf; Attorney John A. Curran appeared for defendant.  The court approves defendant's Proposed Discovery Plan (document no. 22) as follows:

> **Interrogatories**: A maximum of 25 interrogatories by each party to any other party.
>
> **Requests for Admission**:  A maximum of 10 requests by each party to any other party.
>
> **Depositions**: A maximum of 6 depositions by plaintiff and 3 by the defendant, not including experts.

The key deadlines in the discovery plan are summarized in the chart below.

| Scheduling Designation | Deadline |
|---|---|
| **Joinder of Additional Parties** | Plaintiff: March 1, 2013<br>Defendant: April 15, 2013 |
| **Amendment of Pleadings** | Plaintiff: March 1, 2013<br>Defendant: April 15, 2013 |
| **Third-Party Actions** | April 15, 2013 |

| **Motions to Dismiss** | May 1, 2013 |
| --- | --- |
| **Experts and Experts' Written Reports** | Plaintiff: July 1, 2013<br>Defendant: September 1, 2013 |
| **Demand** | July 15, 2013 |
| **Offer** | August 15, 2013 |
| **Joint Statement re Mediation** | August 15, 2013 |
| **Experts and Experts' Written Supplementations under Rule 26(e)** | Plaintiff: September 15, 2013<br>Defendant: October 1, 2013 |
| **Challenges to Expert Testimony** | November 1, 2013 |
| **Motions for Summary Judgment** | November 1, 2013 |
| **Completion of Discovery** | January 1, 2014 |
| **Trial Date** | Two-week period beginning March 4, 2014 |

The parties concurred with respect to each of the aforementioned dates.

_____
Landya B. McCafferty
United States Magistrate Judge

January 30, 2013

cc:  Armando Lisasuain, pro se
     John A. Curran, Esq.