UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Armondo Lisasuain</u>

v.

Case No. 12-cv-224-PB

<u>FNU Goulding</u>


O R D E R

No objection having been filed, I herewith approve the Report
and Recommendation of Magistrate Judge Landya B. McCafferty dated
January 8, 2013.  "'[O]nly those issues fairly raised by the
objections to the magistrate's report are subject to review in the
district court and those not preserved by such objection are
precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>,
617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of
Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988));  <u>see</u> <u>also</u>
<u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after
proper notice, failure to file a specific objection to magistrate's
report will waive the right to appeal).


SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: February 1, 2013

cc:  Armando Lisasuain, Pro Se
     John Curran, Esq.