```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

<u>Armando Lisasuain</u>

   v.                                         Civil No. 12-cv-224-PB

<u>Justin Goulding</u>

## O R D E R

The court construes doc. no. 41 as a motion to reconsider the order dated May 14, 2013, in which the court denied as moot Lisasuain's motion (doc. no. 37). The court hereby reconsiders its ruling on doc. no. 37. The Clerk's office is directed to send Lisasuain copies of the following substantive documents in this case as a one-time courtesy, in order to prevent the case from stalling over this issue: Document Numbers: 1, 4, 7, 10-16, 18, 21-34, and the endorsed orders and notices dated: November 15, 2012; December 18, 2012; January 4, 2013; January 25, 2013; and January 30, 2013. Any future copies requested by Lisasuain will require payment at the regular rates. The motion is denied to the extent it seeks copies made at defendant's expense.

   SO ORDERED.

                                                       _____
                                                       Landya McCafferty
                                                       United States Magistrate Judge

Date: May 21, 2013
cc: Armando Lisasuain, pro se
    John A. Curran, Esq.