```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Armando Lisasuain

       v.

               Civil No. 12-cv-224-PB

Hillsborough County Department of
Corrections


O R D E R

  No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 8, 2013.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

  SO ORDERED.

              /s/ Paul Barbadoro
              Paul Barbadoro
              United States District Judge

```
Date: June 11, 2013

cc:  Armondo Lisasuain, Pro Se
     John Curran, Esq.
```